```
                UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF MISSISSIPPI
                      JACKSON DIVISION
```

UNITED STATES OF AMERICA

                                                  Civil No. 3:05cv290LS

v.                                        Criminal No. 3:03cr56LS

CAREY D. UNDERWOOD

## JUDGMENT

For the reasons given in the memorandum opinion and order entered in this case on this date, it is ordered and adjudged that defendant's motion for relief pursuant to 28 U.S.C. § 2255 is dismissed.

SO ORDERED AND ADJUDGED this 18th day of April, 2006.


                                                      /s/ Tom S. Lee
                                         UNITED STATES DISTRICT JUDGE